# EXHIBIT A

David A. Wolf, SBN 124460
Law Office of David A. Wolf
2600 Tenth Street, Suite 410
Berkeley, CA 94710

Attorney for Plaintiff
Alfonso Galarpe

**FILED**
SAN MATEO COUNTY

SEP 2 9 2017

Clerk of the Superior Court
By _____
DEPUTY CLERK

### SUPERIOR COURT OF CALIFORNIA

### COUNTY OF SAN MATEO

| | |
|---|---|
| ALFONSO GALARPE, an individual, | Case No. **17CIV04505** |
| Plaintiff, | **PLAINTIFF'S COMPLAINT FOR DAMAGES** |
| v. | **JURY TRIAL DEMANDED** |
| UNITED AIRLINES, a.k.a. UAL, a business form unknown, DOES 1-50, inclusive, | |
| Defendants. | BY FAX |

### GENERAL ALLEGATIONS

1.      All allegations herein are made upon information and belief.

2.      At all times relevant herein, the acts and omissions occurred in the County of San Mateo.

3.      Plaintiff is unaware of additional named defendants and does hereby name them as doe defendants.  Plaintiff will seek leave to amend when doe defendants' true identities are ascertained.

4.      Plaintiff is a proud Filipino-American, who has worked for Defendant UAL for over 30 years with a spotless record.

5.      In July and August of 2016, Defendant UAL accused Plaintiff of committing a hate crime and/or engaging in hate speech.

6.      On or about August 18, 2016, Defendant UAL terminated Plaintiff's employment.

- 1 -

17 – CIV – 04505
CMP
Complaint
739874

**EXHIBIT A**

7.     On or about May 12, 2017, nearly one (1) year after being wrongfully terminated by Defendant UAL, Plaintiff prevailed in a traditional, labor-management arbitration and was ordered reinstated at Defendant UAL.

8.     During Plaintiff's nearly year-long wrongful termination, Plaintiff underwent great emotional distress and depression.  Plaintiff sought medical treatment for his ongoing distress and depression, and he has been severely harmed by UAL's actions and omissions.

9.     Plaintiff filed a timely complaint against Defendants with the California Department of Fair Employment and Housing ("DFEH") alleging various forms of discrimination, including but not limited to wrongful termination.  Thereafter, Plaintiff received from the DFEH notification of his right to sue Defendants in the Courts of the State of California dated January 10, 2017, and Plaintiff has thus exhausted his administrative remedies.

**FIRST CAUSE OF ACTION**
**WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY**
**FEHA - CAL. GOVT. CODE § 12940 et seq.**
**[AGAINST ALL CORPORATE DEFENDANTS]**

10.     Plaintiff incorporates by reference and realleges all above paragraphs.

11.     On information and belief, at all times relevant, Defendant UAL was a private employer subject to suit under the California Fair Employment and Housing Act ("FEHA").

12.     On information and belief, at all times relevant, Plaintiff was an employee of Defendant.

13.     At all times relevant, Plaintiff was performing the essential functions of his job in an exceedingly satisfactorily manner.

14.     On information and belief, Plaintiff was discharged by Defendants in violation of public policy as embodied in FEHA.

15.     On information and belief, Plaintiff's status as a Filipino-American and disabled veteran over the age of forty (40) was/were motivating factors behind his termination.

- 2 -

**EXHIBIT A**

16.     On information and belief, Plaintiff's alleged act of engaging in conduct in the nature of a hate-crime and/or engaging in hate speech was the motivating factor behind his termination.

17.     On information and belief, Plaintiff filed a timely complaint against Defendants with the DFEH alleging various complaints, including but not limited to wrongful termination. Thereafter, Plaintiff received from the DFEH notification of his right to sue in the Courts of the State of California.

18.     On information and belief, Defendants' acts were malicious, oppressive or fraudulent with intent to vex, injure, annoy, humiliate, and embarrass Plaintiff, in conscious disregard of the rights and safety of Plaintiff and other employees of Defendants, and in furtherance of Defendants' ratification of the wrongful conduct of the employees and managers of Defendants. Accordingly, Plaintiff is entitled to recover punitive damages from Defendants.

19.     On information and belief, by reason of the conduct of Defendants and each of them as alleged herein, Plaintiff has necessarily retained attorneys to prosecute this action. Plaintiff therefore is entitled to reasonable attorney's fees and litigation expenses, including expert witness fees and costs incurred in bringing this action. As a result of Defendants and each of their actions, Plaintiff sustained economic damages to be proven at trial. As a further result of Defendants' and each of their actions, Plaintiff suffered emotional distress resulting in damages to be proven at trial.

20.     On information and belief, the above conduct violates Government Code §12940 *et seq.*, and California public policy and entitles Plaintiff to all categories of damages, including exemplary or punitive damages.

**SECOND CAUSE OF ACTION**
**NEGLIGENCE**
**[AGAINST ALL DEFENDANTS]**

21.     Plaintiff incorporates by reference and realleges all above allegations and paragraphs.

- 3 -

**EXHIBIT A**

22.     On information and belief, at all times relevant, Defendant UAL was a Private Employer subject to suit in California courts.

23.     On information and belief, at all times relevant, Plaintiff was an employee of Defendant.

24.     Defendant UAL had a duty to thoroughly and properly investigate the alleged hate-crime before branding Plaintiff as a racist and terminating his employment.  Defendant UAL failed to do so.

25.     It was foreseeable that Defendants' acts and failure to act would cause the harm that Plaintiff has suffered, in an amount to be proven at trial.

### THIRD CAUSE OF ACTION
### DEFAMATION
### [AGAINST ALL DEFENDANTS]

26.     Plaintiff incorporates by reference and realleges all above allegations and paragraphs.

27.     On information and belief, at all times relevant, Defendant UAL was a Private Employer subject to suit in California courts.

28.     On information and belief, at all times relevant, Plaintiff was an employee of Defendant.

29.     On information and belief, Plaintiff was defamed internally and externally by Defendant UAL.

30.     On information and belief, Defendants' acts were malicious, oppressive or fraudulent with intent to vex, injure, annoy, humiliate and embarrass Plaintiff, and in conscious disregard of the rights and safety of Plaintiff and other employees of Defendants, and in furtherance of Defendants' ratification of the wrongful conduct of the employees and managers of Defendants.  Accordingly, Plaintiff is entitled to recover punitive damages from Defendants.

31.     On information and belief, by reason of the conduct of Defendants and each of them as alleged herein, Plaintiff has necessarily retained attorneys to prosecute this action.

- 4 -

**EXHIBIT A**

1  Plaintiff therefore is entitled to reasonable attorney's fees and litigation expenses, including expert

2  witness fees and costs, incurred in bringing the within action. As a result of Defendants and each

3  of their actions, Plaintiff sustained economic damages to be proven at trial.  As a further result of

4  Defendants' and each of their actions, Plaintiff suffered emotional distress resulting in damages to

5  be proven at trial.

### FOURTH CAUSE OF ACTION
### NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS
### [AGAINST ALL DEFENDANTS]

32.   Plaintiff incorporates by reference and realleges all above allegations and paragraphs.

33.   On information and belief, at all times relevant, Defendant UAL was a Private Employer.

34.   On information and belief, at all times relevant, Plaintiff was an employee of Defendant.

35.   Defendant UAL owed Plaintiff a duty not to engage in acts and/or omissions which were likely to cause the infliction of emotional distress.  Defendant UAL failed to do so.

36.   It was foreseeable that Defendant's conduct would cause the harm that Plaintiff in fact suffered, including emotional distress – this includes suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, and shame with which an ordinary, reasonable person would be unable to cope.

37.   Plaintiff has been harmed and suffered damages in an amount to be proven at trial.

### FIFTH CAUSE OF ACTION
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### [AGAINST ALL DEFENDANTS]

38.   Plaintiff incorporates by reference and realleges all above allegations and paragraphs.

39.   On information and belief, at all times relevant, Defendant UAL was a Private Employer.

- 5 -

**EXHIBIT A**

40.     Defendant UAL's conduct was outrageous.  Defendant UAL's acted with reckless disregard of the probability that Plaintiff would suffer emotional distress, knowing that Plaintiff was present when Defendant UAL's conduct occurred.

41.     Defendants' conduct was the substantial factor that caused Plaintiff's severe emotional distress, in an amount to be proven at trial.

## PRAYER

WHEREFORE, Plaintiff prays for relief as follows:

1. For general damages;

2. For special damages, including but not limited to, past, present and or future wages loss, income and support, medical expenses, and other special damages in the sum to be determined according to proof at trial;

3. For injunctive and declaratory relief;

4. For punitive damages and exemplary damages in amount to be determined according to proof at trial as to Defendants, and each of them;

5. For reasonable attorneys' fees;

6. For cost of suit herein incurred;

7. For interest accruing; and

8. For other such relief as the Court deems just and proper

## JURY TRIAL DEMANDED

Dated: September 28, 2017                          Law Office of David A. Wolf

By David A. Wolf, Esq.
Attorney For Plaintiff

**EXHIBIT A**

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

United Airlines, a.k.a. UAL, a business form unknown, and Does 1-50, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Alfonso Galarpe, an individual.



*FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)*

**FILED**
SAN MATEO COUNTY

SEP 2 9 2017

Clerk of the Superior Court
By _____
DEPUTY CLERK

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is: *(El nombre y dirección de la corte es):* Superior Court of California, County of San Mateo - 400 County Center Redwood City, CA 94063 | CASE NUMBER: *(Número del Caso):* **17 C I V 0 4 5 0 5** |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Law Office of David A. Wolf 2600 Tenth Street, Suite 410 Berkeley, CA 94710 (510) 325-7662

DATE: September 29, 2017          RODINA M. CATALANO Clerk, by _____ , Deputy
*(Fecha)*                         *(Secretario)*                                      *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

17 – CIV – 04505
SUM
Summons Issued / Filed
739875

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☑ as the person sued under the fictitious name of *(specify):*
   United Airlines, a.k.a. UAL
3. ☑ on behalf of *(specify):*

   under: ☑ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)   ☑ CCP 416.90 (authorized person)
   ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

**EXHIBIT A**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|

David A. Wolf, SBN 124460
Law Office of David A. Wolf
2600 Tenth Street, Suite 410
Berkeley, CA 94710

TELEPHONE NO.: (510) 325-7662    FAX NO.: (510) 295-2838
ATTORNEY FOR *(Name):* Attorney for Mr. Alfonso Galarpe

**FILED**
SAN MATEO COUNTY

SEP 29 2017

Clerk of the Superior Court
By _____
DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, COUNTY OF San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS: Same
CITY AND ZIP CODE: San Mateo, CA 94401
BRANCH NAME: Southern Branch: Hall of Justice and Records

CASE NAME:
Alfonso Galarpe, an individual v. United Airlines a.k.a. UAL, a business

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) | ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter | ☐ Joinder | 17CIV04505 |
| | | Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | | JUDGE: DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)

**Employment**
☑ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)

**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)

**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)

**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
☐ Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify):*  Five (5)
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: September 28, 2017

David A. Wolf
_____     ▶ _____
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

BY FAX

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| | CIVIL CASE COVER SHEET | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; Cal. Standards of Judicial Administration, std. 3.10 www.courtinfo.ca.gov |
|---|---|---|

17 – CIV – 04505
CCCS
Civil Case Cover Sheet
739872

**EXHIBIT A**

# NOTICE OF CASE MANAGEMENT CONFERENCE

ALFONSO GALARPE

vs.

UNITED AIRLINES

Case No: **17CIV04505**

**FILED**
SAN MATEO COUNTY
SEP 2 9 2017
Clerk of the Superior Court
By _____ DEPUTY CLERK

17 – CIV – 04505
NCMC
Notice of Case Management Conference
739876

Date: ~~FEB - 8 2018~~

Time 9:00 a.m.

Dept. **21** --on Tuesday & Thursday

Dept. _____ --on Wednesday & Friday

You are hereby given notice of your Case Management Conference. The date, time and department have been written above.

1. In accordance with applicable California Rules of the Court and local Rules 2.3(d)1-4 and 2.3(m), you are hereby ordered to:
   a) Serve all named defendants and file proofs of service on those defendants with the court within 60-days of filing the complaint (CRC 201.7).
   b) Serve a copy of this notice, Case Management Statement and ADR Information Sheet on all named parties in this action.
   c) File and serve a completed Case Management Statement at least 15-days before the Case Management Conference [CRC 212(g)]. Failure to do so may result in monetary sanctions.
   d) Meet and confer, in person or by telephone, to consider each of the issues identified in CRC 212(f) no later than 30-days before the date set for the Case Management Conference.

2. If you fail to follow the orders above, you are ordered to show cause why you should not be sanctioned. The Order to Show Cause hearing will be at the same time as the Case Management Conference hearing. Sanctions may include monetary, evidentiary or issue sanctions as well as striking pleadings and/or dismissal.

3. Continuances of Case Management Conferences are highly disfavored unless good cause is shown.

4. Parties may proceed to an appropriate dispute resolution process ("ADR") by filing a Stipulation to ADR and Proposed Order (see attached form). If plaintiff files a Stipulation to ADR and Proposed Order electing to proceed to judicial arbitration, the Case Management Conference will be taken off the court calendar and the case will be referred to the Arbitration Administrator. If plaintiffs and defendants file a completed stipulation to another ADR process (e.g., mediation) 10–days prior to the first scheduled Case Management Conference, the Case Management Conference will be continued for 90-days to allow parties time to complete their ADR session. The court will notify parties of their new Case Management Conference date.

5. If you have filed a default or a judgment has been entered, your case is not automatically taken off Case Management Conference Calendar. If "Does", "Roes", etc. are named in your complaint, they must be dismissed in order to close the case. If any party is in bankruptcy, the case is stayed only as to that named party.

6. You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.

7. The Case Management judge will issue orders at the conclusion of the conference that may include:
   a) Referring parties to voluntary ADR and setting an ADR completion date;
   b) Dismissing or severing claims or parties;
   c) Setting a trial date.

8. The Case Management Judge may be the trial judge in this case.

For further information regarding case management policies and procedures, see the court's website at:  www.sanmateocourt.org

*Telephonic appearances at case management conferences are available by contacting CourtCall, LLC, an independent vendor, at least five business days prior to the scheduled conference (see attached CourtCall information).*

**EXHIBIT A**

# EXHIBIT B

1  David A. Wolf, SBN 124460
2  Law Office of David A. Wolf
   2600 Tenth Street, Suite 410
3  Berkeley, CA 94710
   (510) 325-7662 - Telephone
4  (510) 295-2838 - Facsimile

5  Attorney for Plaintiff
6  Alfonso G. Galarpe, Jr.



**FILED**
SAN MATEO COUNTY

OCT - 6 2017

Clerk of the Superior Court

By_____
         DEPUTY CLERK

7            SUPERIOR COURT OF CALIFORNIA

8               COUNTY OF SAN MATEO

9
   ALFONSO G. GALARPE, JR., an individual,      Case No. 17CIV04505
10
                         Plaintiff,              **PLAINTIFF'S FIRST AMENDED**
11                                               **COMPLAINT FOR DAMAGES**
12         v.                                    JURY TRIAL DEMANDED
13   UNITED AIRLINES, INC., and DOES 1-50,       TRIAL DATE: TBD
     inclusive,
14                                               COMPLAINT FILED: 09/29/2017
                         Defendants.
15                                                        BY FAX

16
17              <u>**GENERAL ALLEGATIONS**</u>

18       1.    All allegations herein are made upon information and belief.

19       2.    At all times relevant to this action, the acts and omissions occurred in the County of
20   San Mateo.

21       3.    Plaintiff is unaware of additional named defendants and does hereby name them as
     doe defendants.  Plaintiff will seek leave to amend when doe defendants' true identities are
22
     ascertained.
23
         4.    Plaintiff is a proud Filipino-American, and United States Armed Services Veteran,
24
     who has worked for Defendant United Airlines, Inc. ("UAL" or "Defendant UAL") for over thirty
25
     (30) years with a spotless record.
26

27          **Plaintiff's First Amended Complaint For Damages**
28                              1



17 – CIV – 04505·
ACM
Amended Complaint
753268

**EXHIBIT B**

5. .   In July and August of 2016, Defendant UAL accused Plaintiff of committing a hate crime and/or engaging in hate speech.

6.   On or about August 18, 2016, Defendant UAL terminated Plaintiff's employment.

7.   On or about May 12, 2017, nearly one (1) year after being wrongfully terminated by Defendant UAL, Plaintiff prevailed in a traditional, labor-management arbitration and was ordered reinstated at Defendant UAL.

8.   During Plaintiff's nearly year-long wrongful termination, Plaintiff underwent great emotional distress and depression.  Plaintiff sought medical treatment for his ongoing distress and depression, and he has been severely harmed by UAL's actions and omissions.

9.   Plaintiff filed a timely complaint against Defendants with the California Department of Fair Employment and Housing ("DFEH") alleging various forms of discrimination, including but not limited to wrongful termination as well as age and disability discrimination. Thereafter, Plaintiff received from the DFEH notification of his right to sue Defendants in the Courts of the State of California dated January 10, 2017, and Plaintiff has thus exhausted his administrative remedies.

## FIRST CAUSE OF ACTION
### WRONGFUL TERMINATION IN VIOLATION OF PUBLIC POLICY
### FEHA - CAL. GOVT. CODE § 12940, et seq.
### [AGAINST ALL CORPORATE DEFENDANTS]

10.   Plaintiff incorporates by reference and realleges all above paragraphs.

11.   On information and belief, at all times relevant to this action, Defendant UAL was a private employer subject to suit under the California Fair Employment and Housing Act ("FEHA").

12.   On information and belief, at all times relevant to this action, Plaintiff was an employee of Defendant UAL.

13.   At all times relevant to this action, Plaintiff was performing the essential functions of his job in an exceedingly satisfactory manner.

**Plaintiff's First Amended Complaint For Damages**

2

- 22 -

**EXHIBIT B**

1       14.     On information and belief, Plaintiff was discharged by Defendant UAL in

2  violation of public policy as embodied in FEHA and other laws.

3       15.     On information and belief, Plaintiff's status as a Filipino-American and disabled

4  veteran over the age of forty (40) was/were motivating factors behind his termination.

5       16.     On information and belief, Plaintiff's alleged act of engaging in conduct in the

6  nature of a hate-crime and/or engaging in hate speech was/were the motivating factors behind his

7  termination.

8       17.     On information and belief, Plaintiff filed a timely complaint against Defendants

9  with the DFEH alleging various violations of law, including but not limited to wrongful

10  termination and discrimination.  Thereafter, Plaintiff received from the DFEH a notification of his

11  right to sue in the Courts of the State of California.

12       18.     On information and belief, Defendants' acts were malicious, oppressive or

13  fraudulent with intent to vex, injure, annoy, humiliate, and embarrass Plaintiff, in conscious

14  disregard of the rights and safety of Plaintiff and other employees of Defendant UAL, and in

15  furtherance of Defendant UAL's ratification of the wrongful conduct of the employees, agents,

16  and managers of Defendant UAL.  Accordingly, Plaintiff is entitled to recover punitive damages

17  from Defendants.

18       19.     On information and belief, by reason of the conduct of Defendants and each of

19  them as alleged herein, Plaintiff has necessarily retained attorneys to prosecute this action.

20  Plaintiff therefore is entitled to reasonable attorney's fees and litigation expenses, including expert

21  witness fees and costs incurred in bringing this action.  As a result of Defendants' and each of

22  their actions, Plaintiff sustained economic damages to be proven at trial.  As a further result of

23  Defendants' and each of their actions, Plaintiff suffered emotional distress resulting in damages to

24  be proven at trial.

25

26

27

28
                       **Plaintiff's First Amended Complaint For Damages**

                                3

**EXHIBIT B**

20.     On information and belief, the above conduct violates Government Code §12940, *et seq.*, and California public policy and entitles Plaintiff to all categories of damages, including exemplary or punitive damages.

## SECOND CAUSE OF ACTION
## NEGLIGENCE
## [AGAINST ALL DEFENDANTS]

21.     Plaintiff incorporates by reference and realleges all above allegations and paragraphs.

22.     On information and belief, at all times relevant to this action, Defendant UAL was a private employer subject to suit in California Courts.

23.     On information and belief, at all times relevant to this action, Plaintiff was an employee of Defendant UAL.

24.     Defendant UAL had a duty to thoroughly and properly investigate the alleged hate-crime/hate speech before branding Plaintiff as a racist and terminating his employment. Defendant UAL failed to do so.

25.     It was foreseeable that Defendants' acts and failure to act would cause the harm that Plaintiff has suffered, in an amount to be proven at trial.

## THIRD CAUSE OF ACTION
## DEFAMATION
## [AGAINST ALL DEFENDANTS]

26.     Plaintiff incorporates by reference and realleges all above allegations and paragraphs.

27.     On information and belief, at all times relevant to this action, Defendant UAL was a private employer subject to suit in California Courts.

28.     On information and belief, at all times relevant to this action, Plaintiff was an employee of Defendant UAL.

**Plaintiff's First Amended Complaint For Damages**

4

**EXHIBIT B**

1    29.   On information and belief, Plaintiff was defamed internally and externally by

2 Defendant UAL, by and through its agents and employees.

3    30.   On information and belief, Defendants' acts were malicious, oppressive or

4 fraudulent with intent to vex, injure, annoy, humiliate and embarrass Plaintiff, and in conscious

5 disregard of the rights and safety of Plaintiff and other employees of Defendants, and in

6 furtherance of Defendants' ratification of the wrongful conduct of the employees and managers of

7 Defendants. Accordingly, Plaintiff is entitled to recover punitive damages from Defendants.

8    31.   On information and belief, by reason of the conduct of Defendants and each of

9 them as alleged herein, Plaintiff has necessarily retained attorneys to prosecute this action.

10 Plaintiff therefore is entitled to reasonable attorney's fees and litigation expenses, including expert

11 witness fees and costs, incurred in bringing the within action. As a result of Defendants and each

12 of their actions, Plaintiff sustained economic damages to be proven at trial. As a further result of

13 Defendants' and each of their actions, Plaintiff suffered emotional distress resulting in damages to

14 be proven at trial.

15

16          **FOURTH CAUSE OF ACTION**

    **NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS**

17           **[AGAINST ALL DEFENDANTS]**

18    32.   Plaintiff incorporates by reference and realleges all above allegations and

19 paragraphs.

20    33.   On information and belief, at all times relevant to this action, Defendant UAL was

21 a private employer subject to suit in the Courts of California.

22    34.   On information and belief, at all times relevant to this action, Plaintiff was an

23 employee of Defendant UAL.

24    35.   Defendant UAL owed Plaintiff a duty not to engage in acts and/or omissions,

25 which were likely to cause the infliction of emotional distress. Defendant UAL failed to do so.

26

27

28        **Plaintiff's First Amended Complaint For Damages**

                           5

**EXHIBIT B**

36.   It was foreseeable that Defendant's conduct would cause the harm that Plaintiff in fact suffered, including emotional distress – this includes suffering, anguish, fright, horror, nervousness, grief, anxiety, worry, shock, humiliation, and shame with which an ordinary, reasonable person would be unable to cope.

37.   Plaintiff has been harmed and suffered damages in an amount to be proven at trial.

### FIFTH CAUSE OF ACTION
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
### [AGAINST ALL DEFENDANTS]

38.   Plaintiff incorporates by reference and realleges all above allegations and paragraphs.

39.   On information and belief, at all times relevant to this action, Defendant UAL was a private employer subject to suit in California Courts.

40.   Defendant UAL's conduct was outrageous.  Defendant UAL acted with reckless disregard of the probability that Plaintiff would suffer emotional distress, knowing that Plaintiff was present when Defendant UAL's conduct occurred.

41.   Defendants' conduct was the substantial factor that caused Plaintiff's severe emotional distress and related damages, in an amount to be proven at trial.

### PRAYER

WHEREFORE, Plaintiff prays for relief as follows:

1.  For general damages;
2.  For special damages, including but not limited to, past, present and or future wage loss, lost income and support, medical expenses, and other special damages in the sum to be determined according to proof at trial;
3.  For injunctive and declaratory relief;
4.  For punitive damages and exemplary damages in amount to be determined according to proof at trial as to Defendants and each of them;
5.  For reasonable attorneys' fees;

**Plaintiff's First Amended Complaint For Damages**
6

**EXHIBIT B**

6. For cost of suit herein incurred;

7. For interest accruing; and

8. For other such relief as the Court deems just and proper

## JURY TRIAL DEMANDED

Dated: October 5, 2017

Law Office of David A. Wolf

By David A. Wolf
Attorney For Plaintiff

**Plaintiff's First Amended Complaint For Damages**

7

- 27 -

**EXHIBIT B**

**SUM-100**

**SUMMONS** ON FIRST AMENDED COMPLAINT
**(CITACION JUDICIAL)**



FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**FILED**
**SAN MATEO COUNTY**
OCT -6 2017
Clerk of the Superior Court
By_____
DEPUTY CLERK

**NOTICE TO DEFENDANT:**
**(AVISO AL DEMANDADO):**

United Airlines, Inc., and Does 1-50, inclusive.

**YOU ARE BEING SUED BY PLAINTIFF:**
**(LO ESTÁ DEMANDANDO EL DEMANDANTE):**

Alfonso G. Galarpe, Jr., an individual.

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: | CASE NUMBER: |
|---|---|
| (El nombre y dirección de la corte es): Superior Court of California, County of San Mateo - 400 County Center Redwood City, CA 94063 | (Número del Caso): 17CIV04505 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):
Law Office of David A. Wolf 2600 Tenth Street, Suite 410 Berkeley, CA 94710 (510) 325-7662

DATE: October 06, 2017      RODINA M. CATALANO      Clerk, by _____, Deputy
(Fecha)                                          (Secretario)                              (Adjunto)
(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☑ as the person sued under the fictitious name of (specify):
    United Airlines, Inc., and Does 1- 50, inclusive
3. ☑ on behalf of (specify):
    under: ☑ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
              ☐ CCP 416.20 (defunct corporation)   ☐ CCP 416.70 (conservatee)
              ☐ CCP 416.40 (association or partnership)  ☑ CCP 416.90 (authorized person)
              ☐ other (specify):
4. ☐ by personal delivery on (date):

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

17 – CIV – 04505
ASUM
Amended Summons Issued / Filed
753263

- 28 -

**EXHIBIT B**

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:<br>David A. Wolf, SBN 124460<br>Law Office of David A. Wolf<br>2600 Tenth Street, Suite 410<br>Berkeley, CA 94710<br>TELEPHONE NO: (510) 325-7662   FAX NO: (510) 295-2838<br>ATTORNEY FOR *(Name)*: Attorney for Mr. Alfonso G. Galarpe, Jr. | FOR COURT USE ONLY<br><br>**FILED**<br>**SAN MATEO COUNTY**<br>OCT - 6 2017<br>Clerk of the Superior Court<br>by<br>DEPUTY CLERK |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Mateo
STREET ADDRESS: 400 County Center
MAILING ADDRESS: Same
CITY AND ZIP CODE: San Mateo, CA 94401
BRANCH NAME: Southern Branch: Hall of Justice and Records

| CASE NAME:<br>Alfonso G. Galarpe, Jr. an individual v. United Airlines, Inc., and Does 1 | | |
|---|---|---|
| **CIVIL CASE COVER SHEET (AMENDED)** | **Complex Case Designation** | CASE NUMBER:<br>17CIV04505 |
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder<br>Filed with first appearance by defendant (Cal. Rules of Court, rule 3.402) | JUDGE:<br><br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| **Auto Tort** | **Contract** | **Provisionally Complex Civil Litigation** |
|---|---|---|
| ☐ Auto (22)<br>☐ Uninsured motorist (46)<br>**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**<br>☐ Asbestos (04)<br>☐ Product liability (24)<br>☐ Medical malpractice (45)<br>☐ Other PI/PD/WD (23)<br>**Non-PI/PD/WD (Other) Tort**<br>☐ Business tort/unfair business practice (07)<br>☐ Civil rights (08)<br>☐ Defamation (13)<br>☐ Fraud (16)<br>☐ Intellectual property (19)<br>☐ Professional negligence (25)<br>☐ Other non-PI/PD/WD tort (35)<br>**Employment**<br>☑ Wrongful termination (36)<br>☐ Other employment (15) | ☐ Breach of contract/warranty (06)<br>☐ Rule 3.740 collections (09)<br>☐ Other collections (09)<br>☐ Insurance coverage (18)<br>☐ Other contract (37)<br>**Real Property**<br>☐ Eminent domain/Inverse condemnation (14)<br>☐ Wrongful eviction (33)<br>☐ Other real property (26)<br>**Unlawful Detainer**<br>☐ Commercial (31)<br>☐ Residential (32)<br>☐ Drugs (38)<br>**Judicial Review**<br>☐ Asset forfeiture (05)<br>☐ Petition re: arbitration award (11)<br>☐ Writ of mandate (02)<br>☐ Other judicial review (39) | **(Cal. Rules of Court, rules 3.400–3.403)**<br>☐ Antitrust/Trade regulation (03)<br>☐ Construction defect (10)<br>☐ Mass tort (40)<br>☐ Securities litigation (28)<br>☐ Environmental/Toxic tort (30)<br>☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)<br>**Enforcement of Judgment**<br>☐ Enforcement of judgment (20)<br>**Miscellaneous Civil Complaint**<br>☐ RICO (27)<br>☐ Other complaint *(not specified above)* (42)<br>**Miscellaneous Civil Petition**<br>☐ Partnership and corporate governance (21)<br>☐ Other petition *(not specified above)* (43) |

2. This case ☐ is ☑ is not   complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary   b. ☑ nonmonetary; declaratory or injunctive relief   c. ☑ punitive
4. Number of causes of action *(specify)*:   Five (5)
5. This case ☐ is ☑ is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: October 5, 2017
David A. Wolf
(TYPE OR PRINT NAME)                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

BY FAX

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court |
|---|---|---|

17 - CIV - 04505
CCCS
Civil Case Cover Sheet
753266

**EXHIBIT B**

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| David A. Wolf, 124460<br>Law Office of David A. Wolf<br>2600 Tenth Street, Suite 410<br>Berkeley, CA 94710<br>TELEPHONE NO.: (510) 325-7662<br>ATTORNEY FOR *(Name):* Plaintiff | **FILED**<br>SAN MATEO COUNTY<br><br>OCT 1 3 2017<br><br>Clerk of the Superior Court<br>By _____<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF
Superior Court of California, San Mateo County
400 County Center
Redwood City, CA 94063-1655

| PLAINTIFF/PETITIONER: Alfonso G. Galarpe, Jr. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: United Airlines, Inc., et al. | 17CIV04505 |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>Galarpe |

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action. **BY FAX**
2. I served copies of:   Complaint, Civil Case Cover Sheet, Summons, ADR Packet

3. a. Party served:  United Airlines, Inc.

   b. Person Served: Gabriela Sanchez - CT Corporation System - Person Authorized to Accept Service of Process

4. Address where the party was served: 818 West Seventh Street, Suite 930
   Los Angeles, CA 90017
5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 10/10/2017   (2) at (time): 3:11PM
6. The "Notice to the Person Served" (on the summons) was completed as follows:

   d. on behalf of:

United Airlines, Inc.
under: CCP 416.10 (corporation)
7. **Person who served papers**
   a. Name:   Jimmy Lizama
   b. Address:   One Legal - 194-Marin
      504 Redwood Blvd #223
      Novato, CA 94947

   c. Telephone number: 415-491-0606
   d. The fee for service was: $ 39.95
   e I am:
      (3) registered California process server.
         (i) Employee or independent contractor.
         (ii) Registration No.: 4553
         (iii) County: Los Angeles
8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.
Date: 10/11/2017

Jimmy Lizama
(NAME OF PERSON WHO SERVED PAPERS)                (SIGNATURE)

17 – CIV – 04505
PCSBC
Proof of Service on CORPORATION, LLC, etc.
767271

Form Adopted for Mandatory Use
Judicial Council of California POS-010
[Rev. Jan 1, 2007]                **PROOF OF SERVICE OF SUMMONS**         Code of Civil Procedure, § 417.10

OL# 11407497

**EXHIBIT B**