DAVID A. WOLF, CA SBN 124460
LAW OFFICE OF DAVID A. WOLF
2600 TENTH STREET, SUITE 410
BERKELEY, CA 94710
TELEPHONE: (510) 325-7662
FACSIMILE: (510) 295-2838
E-MAIL: davidwolfwest@icloud.com

Attorneys for Plaintiff,
ALFONSO GALARPE, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| ALFONSO GALARPE, JR., an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AIRLINES, INC., et al.,<br><br>Defendants. | Case Number: 3:17-cv-06514-EMC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE**<br><br>**Hon. Edward M. Chen** |

TO THE HONORABLE COURT, ALL PARTIES AND COUNSEL, based on the parties' settlement entered on December 12, 2018, as referenced in ECF Document 70, Certification of ADR Session, and pursuant to Federal Rule of Civil Procedure 41, Plaintiff by his counsel voluntarily dismisses this entire case, with prejudice, and each party shall bear its / their own fees and costs.

Dated: January 4, 2019

LAW OFFICE OF DAVID A. WOLF

David A. Wolf,
Attorneys for Plaintiff

**GRANTED**
*Judge Edward M. Chen*

DATED: 1/4/2019

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE
CASE NO.: 3:17-cv-06514-EMC

Page 1